UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                Plaintiff,

    v.

CHERYL STRANGE, et al.,

                Defendants.

Case No. 3:22-cv-05463-DGE

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 2).

(2)    Plaintiff's proposed complaint (Dkt. No. 1-1) and this action are DISMISSED without prejudice.

(3)    Plaintiff's application to proceed *in forma pauperis* is DENIED as moot.

Dated this 1st day of August, 2022.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1

2

3      David G. Estudillo
       United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2